IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  v.<br><br>ANTONIO DASHAWN DANIELS,<br>  A/K/A ANTONIO DESHAWN DANIELS,<br>  A/K/A FRECKLEFACE SHAWN,<br>  A/K/A PECAS,<br>  A/K/A SEAN DANIELS,<br>DARRYL MCCRARY, JR.<br>  A/K/A UM168,<br>WILLIAM DANIELS,<br>  A/K/A BISHOP,<br>LORENE B. REEVES,<br>  A/K/A BADA BING,<br>  A/K/A UM1080,<br>ERROL SAWYER,<br>  A/K/A SHAKE, AND<br>NITERIA PATTERSON | Criminal Case No.<br><br>1:20-CR-00306-TWT-CMS |

**SECOND BILL OF PARTICULARS**

The United States of America, by Kurt R. Erskine, Acting United States Attorney, and Radka T. Nations, Assistant United States Attorney for the Northern District of Georgia, hereby files this Bill of Particulars to add the following property to the forfeiture provision of the above-captioned Indictment:

**5719 WESTBROOK ROAD, ATLANTA, FULTON COUNTY, GEORGIA**
**[Tax Parcel ID No.: 09F-2302-0101-001-2]**

All that tract or parcel of land lying and being in Land Lots 100 ASTD 101 of the 9th District of Originally Fayette, then Campbell, now Fulton County, Georgia, more particularly described as follows:

Beginning at an iron pin marking the inter-section of the line dividing land lots 100 and 101 and the southeastern side of the Atlanta and west point railroad right of way; thence southwestwardly along the southeastern side of the Atlanta and west point railroad right of way one hundred seventy-seven (177) feet to an iron pin; thence southeastwardly crossing into land lot 101 a distance of four hundred ninety-seven (497) feet to the northwestern side of the Atlantic Coast line railroad right of way three hundred fortyseven (347) feet to an iron pin; thence northwestwardly 508 feet (five hundred eight) feet to an iron pin on the southeastern side of the Atlanta and west point railroad right of way; thence southwestwardly along said right of way one hundred thirteen (113) feet to the line dividing land lots 100 and 101 and the point of beginning, according to blue print of survey made by J.W. Steed, C.E. of the Byrd and Hightower Properties, made February 4, 1953.

Said property being known as 5719 and 5720 Westbrook Rd, College Park, Georgia according to the present system of numbering houses in College Park, Georgia.

Respectfully Submitted,

KURT R. ERSKINE
*Acting United States. Attorney*

/s/    Radka T. Nations
*Assistant United States Attorney*
Georgia Bar No. 618248
Radka.Nations2@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

June 16, 2021

/s/ RADKA T. NATIONS

RADKA T. NATIONS

Assistant United States Attorney